**Denied and Opinion filed August 2, 2022**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-22-00738-CV
No. 05-22-00739-CV

**IN RE JOSIAH ANDREW SALINAS, Relator**

**Original Proceeding from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-2071443-R, M-2075253-R**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, Smith
Opinion by Justice Partida-Kipness

Josiah Andrew Salinas petitions for a writ of mandamus to compel the trial court to rule on his motion for DNA testing of forensic evidence. We deny relief.

Relator's petition does not comply with the rules of appellate procedure in that it is not properly certified and is not supported by a record of certified or sworn documents. *See* TEX. R. APP. P. 52.3(j), 52.3(k)(1)(A), 52.7(a)(1); *In re Butler*, 270 S.W.3d 757, 758–59 (Tex. App.—Dallas 2008, orig. proceeding); *see also* TEX. CIV. PRAC. & REM. CODE § 132.001 (describing process to authenticate documents as sworn copies). Thus, relator has not carried his burden to show he is

1

entitled to mandamus relief. *See Butler*, 270 S.W.3d at 759. Accordingly, we deny relator's petition. *See* TEX. R. APP. P. 52.8(a).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

220738F.P05